# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Andover

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 21-7143-JCB
Search Warrant Case Number 19-7241-JCB, see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Ana Checo     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Haverhill, MA

Birth date (Yr only): 1981   SSN (last4#): _____   Sex: F   Race: White   Nationality: DR

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Katherine Ferguson    Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 05/26/2021

☑ Already in Federal Custody as of 05/26/2021 in Wyatt Detention Facility.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/27/2021    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ana Checo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1), (b)(1)(A)(vi) | Possession with the intent to distribute 400 grams or more of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   19-7220-JCB, 19-7221-JCB, 19-7222-JCB